1  Kurt C. Peterson (SBN 83941)
   Kenneth N. Smersfelt (SBN 166764)
2  **REED SMITH LLP**
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071
   Telephone:     +1 213 457 8000
4  Facsimile:     +1 213 457 8080

5  Karen A. Braje (SBN 193900)
   **REED SMITH LLP**
6  101 Second Street, Suite 1800
   San Francisco, CA  94105-3659
7  Telephone:     +1 415 543 8700
   Facsimile:     +1 415 391 8269
8
   Attorneys for Defendant
9  Anthem Blue Cross Life and Health Insurance
   Company


4/8/2011

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN JOSE DIVISION
13

| | |
|---|---|
| 14  BAY AREA SURGICAL GROUP, INC., a California corporation, | No.: CV 10-5820 JW HRL |
| 15                     Plaintiff, | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DEADLINES** |
| 16       vs. | |
| 17  ANTHEM BLUE CROSS LIFE AND HEALHT INSURANCE COMPANY, a California corporation; HEALTH CARE SERVICE CORPORATION ILLINOIS STATE PAC, NFP, a Illinois corporation; BLUE CROSS BLUE SHIELD OF TEXAS, INC., a Texas corporation; DOE(S) 1-20, | Date:       April 18, 2011<br>Time:       9:00 a.m.<br>Place:       Courtroom 8 |
| | Compl. Filed:   November 9, 2010<br>(Santa Clara Superior Court, Case # 110CV186885) |
| | Trial Date:   Not Yet Set |
| 21                     Defendants. | |

## RECITALS

WHEREAS, Plaintiff Bay Area Surgical Group filed its Complaint on or about November 9, 2010 in Santa Clara County Superior Court and Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem Blue Cross Life and Health") removed the Action to this Court;

WHEREAS, Defendant filed a Motion to Dismiss and a Motion to Strike on February 3, 2011, both of which are set for hearing on April 18, 2011;

WHEREAS, the Court set the Status Conference in this matter for April 18, 2011, following the hearing on the motions;

WHEREAS, Counsel for the Parties have conferred and agreed that the outcome of the pending Motion to Dismiss and Motion to Strike may affect the potential issues in the case or result in the resolution or partial resolution of this matter; and

WHEREAS, the Parties wish to conduct this matter in the manner most efficient for the Court and the parties.

/ / /

/ / /

/ / /

/ / /

## STIPULATION

In light of the pending dispositive Motions, in which Plaintiff has failed to oppose, the Court finds good cause to VACATE the April 18, 2011 Case Management Conference. The hearing on the Motions will remain on the April 18, 2011 calendar as noticed by Defendants. The Court will set a new Conference date in its Order addressing the pending Motions, if necessary.

**IT IS SO STIPULATED.**

DATED: March 30, 2011.

THE LAW OFFICE OF NICOLAS LEZOTTE

By  /s/ Nicolas Lezotte
    Nicolas Lezotte
    Attorneys for Plaintiff
    Bay Area Surgical Group, Inc.

DATED: March 30, 2011.

REED SMITH LLP

By  /s/ Karen A. Braje
    Kenneth N. Smersfelt
    Karen A. Braje
    Attorneys for Defendant
    Anthem Blue Cross Life and Health Insurance Company

US_ACTIVE-105889906.1

**IT IS SO ORDERED AS MODIFIED.**

Dated: April 8, 2011

_____
James Ware, United States District Chief Judge